IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BARBARA BIGBEE, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-13-3573 |
| | § | |
| DEUTSCHE BANK NATIONAL TRUST | § | |
| COMPANY as Trustee for Morgan Stanley | § | |
| Mortgage Loan Trust 2006-NC3, *et al.*, | § | |
| | § | |
| Defendants. | § | |

ORDER OF DISMISSAL

Plaintiffs Barbara and Donald Bigbee filed a motion pursuant to Federal Rule of Civil Procedure 41(a) seeking to voluntarily dismiss, without prejudice, their suit against the defendants. (Docket Entry No. 23). The court grants the motion. This dismissal is without prejudice.

SIGNED on April 2, 2014, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge